U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 SEP 24  PM 4: 20

CLERK

BY ~~PC~~
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA,       )
                                )
v.                              )   Criminal No. 2:14-cr-112-1-cr
                                )
QIANA M. GOVAN (a.k.a. "Missy), )
             Defendant.         )

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about May 29, 2014, in the District of Vermont, defendant QIANA GOVAN (a.k.a. "Missy") knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

-1-

## COUNT TWO

The Grand Jury further charges:

On or about May 29, 2014, in the District of Vermont, defendant QIANA GOVAN (a.k.a. "Missy") knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

## COUNT THREE

The Grand Jury further charges:

On or about May 29, 2014, in the District of Vermont, defendant QIANA GOVAN (a.k.a. "Missy") knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

███████████████

FOREPERSON

_Tristram J. Coffin_ (by JRP)
TRISTRAM J. COFFIN
United States Attorney
Rutland, Vermont
September 24, 2014